**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **NIXO DRULLAD-ESPINAL,** <br><br> **Defendant**. | **CRIMINAL NO. 16-132 (PAD)** |

**ORDER**

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Nixo Drullad-Espinal (Docket No. 22), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the information.

The court notes that a Presentence Investigation Report was ordered (Docket No. 21) and filed (Docket No. 23). The parties shall file their sentencing memoranda not later than June 20, 2016. The Sentencing Hearing is set for July 1, 2016 at 10:00 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of May, 2016.

                                                 S/Pedro A. Delgado-Hernández
                                                 PEDRO A. DELGADO HERNANDEZ
                                                 United States District Judge